## Commonwealth *v.* Rodgers, Appellant.

Argued Oct. 17, 1901. Appeal, No. 257, Oct. T., 1900, by defendant, from order of Q. S. Phila. Co., Feb. T., 1900, making absolute a rule for judgment for want of a sufficient affidavit of defense in case of Commonwealth v. Joseph G. Rodgers and John F. Slater. Before RICE, P. J., BEAVER, ORLADY, W. W. PORTER and W. D. PORTER, JJ. Affirmed.

OPINION BY RICE, P. J., January 21, 1902:

The material facts of this case are identical with those in Commonwealth v. Meeser, ante, p. 1.

Judgment affirmed.

W. D. PORTER, J., dissents.